UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GENEVA HOLMES-JAMES,

    Plaintiff,

v.

JUDGE COUGHENOUR, et al.,

    Defendants.

CASE NO. C11-1188-TSZ

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, docket no. 2, the governing law, and the balance of the record, hereby ORDERS as follows:

(1)    The Report and Recommendation is ADOPTED and APPROVED;

(2)    This action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted;

(3)    Plaintiff's application to proceed *in forma pauperis* ("IFP"), Dkt. 1, is DENIED as moot; and

//

//

ORDER OF DISMISSAL
PAGE -1

(4) The Clerk of the Court is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 25th day of August, 2011.

_____
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL
PAGE -2