UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GENEVA Y. JAMES,

        Plaintiff,

v.

JUDGE COUGHENOUR, et al.,

        Defendants.

C11-1188 TSZ[1]

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff has filed a document, docket no. 9, complaining that she was treated unfairly and that the Court should have appointed a lawyer to represent her concerning certain unidentified liens. This matter was dismissed by Order entered August 25, 2011, docket no. 3. A judgment, docket no. 4, was contemporaneously entered, and the time for appeal has long since expired. *See* Minute Order (docket no. 8) (denying a request for waiver, which was construed as a motion for extension of time to file a notice of appeal). This case is closed, and the Court will not consider any further motions, requests, or other filings in connection with this action.

---

[1] Plaintiff has filed several cases over the years under different names. *See Geneva Y. Holmes v. Fred Strauss Hutchinson*, C97-1652-RSM; *Geneva Y. James v. Department of Social and Health Services*, C06-410-JLR; *Geneva Holmes-James v. Honorable John C. Coughenour*, C10-1944-ALH; *Geneva Holmes-James v. King County Court*, C17-321-RSL. Plaintiff has most recently indicated that her full name is Geneva Holmes-Parks-James-McClain. *See* Compl. in C17-321-RSL (docket no. 6); *see also* Letter in C11-1188-TSZ (docket no. 9). The Clerk is DIRECTED to index plaintiff's cases in a manner that ensures all actions she has previously filed can be easily identified.

MINUTE ORDER - 1

(2) The Clerk is directed to terminate plaintiff's motion, docket no. 9, and to send a copy of this Minute Order to plaintiff pro se.

Dated this 1st day of August, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2