UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GENEVA Y. JAMES,

    Plaintiff,

v.

JUDGE COUGHENOUR, et al.,

    Defendants.

C11-1188 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1) Plaintiff's motion, docket no. 11, to reopen this matter is DENIED. Plaintiff is ADVISED that she may **not** file any further materials in this case. The Clerk is DIRECTED **not** to docket, and to return to plaintiff, any documents plaintiff attempts in the future to file in this action.

    (2) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record and to plaintiff pro se.

    Dated this 20th day of August, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1